UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v<br><br>WAYNE COUNTY AIRPORT AUTHORITY,<br><br>                      Defendant. | CRIMINAL NO. 06-20300 |

### ORDER GRANTING PARTIES' JOINT MOTION FOR AN AMENDED JUDGMENT IN A CRIMINAL CASE

The Parties have jointly moved for an amended judgment in this case. They have asked that this Court:

    1.    revoke the Defendant's original four-year term of probation; and

    2.    resentence the Defendant to a new three-year term of probation, during which time it shall complete its Force Main Project, per the original Plea Agreement in this case.

Upon consideration of the Parties' motion, IT IS HEREBY ORDERED that the motion is GRANTED. Accordingly, this Court will issue an Amended Judgment.

                                                      s/George Caram Steeh
                                                      GEORGE CARAM STEEH
                                                      UNITED STATES DISTRICT JUDGE

Detroit, Michigan

Dated: June 3, 2010